*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS and COGLEY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Anthony E. SHARP**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202500312**

_____

Decided: 25 February 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
David C. Segraves

Sentence adjudged 25 April 2025 by a general court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 34 months, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Colonel Timothy G. McCormick, USMC*

_____

[1] Appellant was credited with having served 93 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.